**No. 38862.**—Petition 5649–R of Globe Fastener Corp. (New York).

Opinion by McCLELLAND, P. J. Entry was made at the invoice value and the examiner called attention to the fact that he believed the invoice price too low. The petitioner stated that he firmly believed his entered value to be correct but to avoid litigation agreed to amend the entry. It was found that there was every indication that the importer acted in good faith and, while there was a difference of opinion, there was no disposition to defraud the Government. The petition was therefore granted.

BEFORE THE SECOND DIVISION, JUNE 22, 1938

**No. 38863.**—Protest 290761–G of Oppenheim & Baruch, Inc. (New York).

Opinion by TILSON, J. It was found that certain items consist of artificial flowers similar to those involved in *Robinson-Goodman* v. *United States* (17 C. C. P. A. 149, T. D. 43473). The claim at 60 percent under paragraph 1419 was sustained as to these items. Shawls and scarfs in chief value of artificial silk similar to the merchandise involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31.